(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

DREXEL CHEMICAL COMPANY, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 03–1586.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

Steven P. OLIVER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7198.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Steven P. Oliver's unopposed motion to voluntarily dismiss this appeal,